UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. JORDAN, | Case No. 2:23-cv-02480-DOC (MAR) |
| Plaintiff, | |
| v. | JUDGMENT |
| LOS ANGELES COUNTY SHERIFFS ET AL, | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: November 7, 2023

_David O. Carter_
HONORABLE DAVID O. CARTER
United States District Judge